Martin C. Loeff, for appellant. Lester C. Childs, for appellee; Walter A. Rooney, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pauline Thomas, appellee, v. The Erwin Greer Automobile Company et al., on appeal of Erwin Greer Automobile Company, appellant. Gen. No. 25,969.**

Suit for damages for personal injuries resulting from being struck by an automobile while being operated by the owner under instruction of defendant's instructor. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Stedman, Soelke & Johnson, for appellant. Finn & Miller, for appellee; William M. Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Pearl C. Friend, appellee, v. George Renneker, appellant. Gen. No. 25,373.**

Action for damage to plaintiff's automobile by collision with that of defendant's. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with a finding of fact. Taylor, J., dissenting. Opinion filed June 18, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant. Schuyler & Weinfeld, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Sdruzeni Cesko Slovanskych, Katolickych Kadetu, etc., appellee, v. Cyril Jurecka et al., on appeal of James F. Stepina, appellant. Gen. No. 25,418.**

Action against the surety on the bond given to secure performance of a contract to produce certain models and statuary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. Kraus, Goodwin & Rickard, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Equitable Securities Company et al. (complainants), v. Midland Casualty Company (defendant).**

**In re petition of Charles A. White, appellee, v. Equitable Securities Company et al., appellants. Gen. No. 25,476.**

Proceedings for voluntary dissolution of a solvent insurance corporation. Petition for allowance of damages resulting from breach by the corporation of a contract with petitioner for the sale of insurance policies. Decree entered allowing damages. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Cleland, Lee & Phelps, for appellants. Miller, Gorham, Wales & Noxon, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Alice Garrison O'Grady, appellee, v. Homer N. Motsinger, appellant. Gen. No. 25,491.**
Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Dimmitt C. Hutchins, for appellant. Hermann P. Haase, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Yellow Cab Company (plaintiff) v. Martin L. Nilsen (defendant), appellant. The People of the State of Illinois, appellee. Gen. No. 25,512.**
Order finding defendant guilty of contempt of court in failing to comply with the terms of a permanent injunction. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Otto Schusterman, for appellant. D'Ancona & Pflaum, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**First State Bank of Plano, appellee, v. M. J. Isaacs, appellant. Gen. No. 25,543.**
Suit on a promissory note signed by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Silber, Isaacs, Silber & Woley, for appellant; Clarence J. Silber, of counsel. Gregory & McNab, for appellee; Albert S. Long, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

---

**Daisy M. Rothwell, formerly Daisy M. Hart, appellant, v. John L. Taylor, individually and as executor of the estate of Elizabeth Condell, deceased, appellee. Gen. No. 25,552.**
Action of replevin against defendant individually and as executor, to recover possession of notes and certificates of deposit. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Judgment reversed and judgment here. Opinion filed June 18, 1921. Rehearing denied July 7, 1921.
Justin K. Orvis and Ela, Grover & March, for appellant; Justin K. Orvis, of counsel. Winston, Strawn & Shaw, for appellee; John C. Slade and Raymond Southworth, of counsel.
Mr. Justice Thomson delivered the opinion of the court.